UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-60306-WPD

KHADER AZZEH,

        Plaintiff,

v.

GALAXY TELECOM SERVICES, INC.
a Florida Company, SALVATORE LINARY,
an individual,

        Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT; DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Motion for Court Approval of the Parties' Settlement and for Dismissal of With Prejudice [DE 23] and the Joint Notice of Filing [DE 25], both filed June 9, 2017.  The Court has carefully considered the Motion and the parties' Settlement Agreement [DE 25-1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Joint Motion for Court Approval of the Parties' Settlement [DE 23] is **GRANTED**;

2. The parties' Settlement Agreement [DE 25-1] is hereby **APPROVED**;

3. This case is **DISMISSED** with prejudice;

4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of June, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record